BETHLEHEM STEEL CORP., INLAND STEEL CO., INC., AND U.S. STEEL GROUP A UNIT OF USX CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND ALGOMA STEEL INC., GERDAU MRM STEEL AND STELCO, INC., INTERVENOR-DEFENDANTS

Court No. 96–05–01313

(Dated December 21, 2000)

AQUILINO, JR., *Judge:* The plaintiffs having interposed a motion pursuant to CIT Rule 56.2 for judgment upon the record compiled by the International Trade Administration, U.S. Department of Commerce ("ITA") *sub nom. Certain Corrosion-Resistant Carbon Steel Flat Products and Certain Cut-to-Length Carbon Steel Plate From Canada; Final Results of Antidumping Duty Administrative Review,* 63 Fed.Reg. 13,815 (March 28, 1996); and the court in slip op. 00–63, 24 CIT ____ (June 2, 2000), having granted that motion to the extent of remand to the ITA for reconsideration of Stelco Inc.'s allocation of price adjustments, the allowance of an adjustment to Gerdau MRM Steel's credit expenses, and a ministerial error in Algoma Steel Inc.'s model-match program; and the ITA having filed herein its *Final Results of Redetermination Pursuant to Court Remand* (Oct. 30, 2000), which the court has now reviewed; and neither the plaintiffs nor the intervenor-defen-

dants having availed themselves of the opportunity to contest or otherwise comment on these remand results; Now therefore, after due deliberation, it is

ORDERED, ADJUDGED and DECREED that the ITA's *Final Results of Redetermination Pursuant to Court Remand* (Oct. 30, 2000) be, and they hereby are, affirmed.